**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph James Hartmeyer** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Patricia Anne Hartmeyer** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bridgecrest**<br><br>Description of property securing debt: **2010 Chevy Equinox 140,000 miles**<br>**VIN No.: 2CNALDEW2A6364912**<br>**Tag No.: KC8QOF** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will continue to make payments** | ■ No<br><br>☐ Yes |
| Creditor's name: **Foursight Capital LLC**<br><br>Description of property securing debt: **2015 Jeep Compass 74,000 miles**<br>**VIN No. 1C4NJ0884FD339502** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will continue to make payments** | ■ No<br><br>☐ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Joseph James Hartmeyer**
Debtor 2  **Patricia Anne Hartmeyer**

Case number *(if known)* _____

| | | |
|---|---|---|
| Lessor's name: | **Progressive Leasing** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Lease-to-own fireplace** | |
| Lessor's name: | **T-Mobile** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Cell phone contract** | |

---

**Part 3:  Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Joseph James Hartmeyer** _____
  **Joseph James Hartmeyer**
  Signature of Debtor 1

X **/s/ Patricia Anne Hartmeyer** _____
  **Patricia Anne Hartmeyer**
  Signature of Debtor 2

Date  **June  3, 2019** _____

Date  **June  3, 2019** _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| | * |
| **Joseph James Hartmeyer,** | * |
| and | * CHAPTER:  **7** |
| **Patricia Anne Hartmeyer,** | * |
| | * |
| Debtors | * |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

U.S. Trustee's Office
Howard H. Baker, Jr., U.S.
Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Joseph & Patricia Hartmeyer
201 Waters Road
Maryville, TN 37803

Bridgecrest
formerly Drive Time
PO Box 29018
Phoenix AZ  85038

Foursight Capital LLC
PO Box 45026
Salt Lake City UT  84145

Progressive Leasing
256 W. Data Drive
Draper UT  84020

T-Mobile
PO Box 742596
Cincinnati OH  45274-2596

Dated: 6/3/2019

 /s/ Zachary S. Burroughs 025896
Zachary S. Burroughs 025896,
Attorneys for Debtors
Clark & Washington, PC
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084